IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION



| | |
|---|---|
| IN THE MATTER OF LITIGATION RELATING TO CONDITIONS OF CONFINEMENT AT MONTANA STATE PRISON | CV 93-46-H-DWM-JCL |
| THIS DOCUMENT RELATES TO: | ORDER |
| Terry LANGFORD, *et al.*, Plaintiffs, vs. Gov. Steve BULLOCK, *et al.*, Defendants. | |

Having considered the Parties' Joint Unopposed Motion for Preliminary Approval of Revised Class Action Settlement (doc. 1542), it is ORDERED that the joint motion is GRANTED and the Revised Class Action Settlement, attached as Exhibit A to the motion, is hereby PRELIMINARILY APPROVED. It is further ORDERED that:

1. The proposed notice, Exhibit 10 to the Revised Class Action Settlement is APPROVED;

2. On or before March 9, 2018 (the "Notice Deadline"), notice shall be disseminated to the class as set forth in Paragraph VIII of the Class Action Settlement;

3. The following procedures will govern the submission of objections, if any:

1

a. Any member of the Class may object to the proposed settlement agreement by filing, on or before May 8, 2018, written objections with the Clerk of the Court;

b. Only such objecting Class Members shall have the right, if they seek it in their objection, to present objections orally at the Final Approval Hearing; and

c. This Court shall determine whether it will hear from any objecting Class members at the Final Approval Hearing, and will enter an Order identifying all objecting Class Members it wants to hear from at the hearing.

4. Final Approval Hearing is hereby set at 10:00 a.m. on Tuesday, June 11, 2018, at the Russell Smith Courthouse, 201 E. Broadway, in Missoula.

DATED this 27th day of February, 2018.

/s/ Jeremiah C. Lynch
Jeremiah C. Lynch
United States Magistrate Judge