IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| IN THE MATTER OF LITIGATION RELATING TO CONDITIONS OF CONFINEMENT AT MONTANA STATE PRISON _____ THIS DOCUMENT RELATES TO: Terry LANGFORD, *et al.*, Plaintiffs, vs. Gov. Steve BULLOCK, *et al.*, Defendants. | CV 93-46-H-DWM-JCL ORDER |

Having considered the Unopposed Motion for New Hearing Date for the Final Approval Hearing, and finding good cause therefore,

IT IS ORDERED that the Final Approval Hearing for the Revised Class Action Settlement in the above-entitled matter is reset for 10:00 a.m. on Friday, June 8, 2018, at the Russell Smith Courthouse, 201 E. Broadway, in Missoula.

DATED this 6th day of March, 2018.

_____
Jeremiah C. Lynch
United States Magistrate Judge

1