# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION



FILED
MAY 29 2018
Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| IN THE MATTER OF LITIGATION RELATING TO CONDITIONS OF CONFINEMENT AT MONTANA STATE PRISON | Case No. CV 93-46-H-DWM-JCL |
| THIS DOCUMENT RELATES TO: Terry LANGFORD, *et al.*, Plaintiffs, v. Gov. Steve BULLOCK, *et al.*, Defendants. | **ORDER** |

Having considered the Joint Motion to Set Deadlines for Motion for Fees, and finding good cause therefore,

IT IS ORDERED that the following deadlines will apply to the Parties' attempt to resolve the amount of Class Counsels' fees and costs:

1. within 30 days of entry of judgment, Class Counsel will present their demand for fees and costs not previously settled or resolved along with their billing records;

2. within 30 days of receipt of this demand, Defendants will respond, proposing to pay some or all of the amount requested;

3. the Parties will then have 30 days to negotiate; and

4. if the Parties are unable to reach agreement, Class Counsels' motion for fees will be due 120 days from entry of judgment.

DATED the 29th day of May, 2018.

Jeremiah C. Lynch
United States Magistrate Judge