Case 6:93-cv-00046-DWM-JCL Document 1553 Filed 06/08/18 Page 3 of 3
**CASE NUMBER:** CV-93-046-H-DWM-JCL



JUN 12 2018

Clerk, U.S. Courts
District of Montana
Helena Division

**IN RE: CONDITIONS AT MSP, ET AL,**
Plaintiffs,

vs.

**MT ST, ET AL,**
Defendants.

**FILED**

JUN 19 2018

Clerk, U.S. District Court
District Of Montana
Helena

CONSENT TO THE EXERCISE OF JURISDICTION
BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. 636(c) and Fed. R.Civ.P.73, the parties in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Signatures | Party Represented | Date |
|---|---|---|
| Colleen Ambrose | Gov. Steve Bullock, et al. Defendants | June 8/2018 |

The undersigned **does not** consent to said exercise of jurisdiction by the United States Magistrate Judge.

| Signatures | Party Represented | Date |
|---|---|---|
| | | |
| | | |
| | | |

CASE NUMBER: CV-93-046-H-DWM-JCL

IN RE: CONDITIONS AT MSP, ET AL,
Plaintiffs,

vs.

MT ST, ET AL,
Defendants.

JUN 18 2018

Clerk, U.S. Courts
District of Montana
Helena Division

CONSENT TO THE EXERCISE OF JURISDICTION
BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. 636(c) and Fed. R.Civ.P.73, the parties in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Signatures | Party Represented | Date |
|---|---|---|
| /s/ Alex Rate | Plaintiffs | 6/18/2018 |
| /s/ Amy Robertson | Plaintiffs | 6/18/2018 |
| /s/ Eric Balaban | Plaintiffs | 6/18/2018 |

The undersigned **does not** consent to said exercise of jurisdiction by the United States Magistrate Judge.

| Signatures | Party Represented | Date |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |