

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## HELENA DIVISION

FILED

JUN 19 2018

Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| IN THE MATTER OF LITIGATION RELATING TO CONDITIONS OF CONFINEMENT AT MONTANA STATE PRISON | Case No. CV 93-46-H-JCL |
| THIS DOCUMENT RELATES TO: <br><br> Terry LANGFORD, *et al.,* <br><br> Plaintiffs, <br><br> v. <br><br> Gov. Steve BULLOCK, *et al.*, <br><br> Defendants. | **ORDER AND JUDGMENT** |

On June 19, 2018, the parties filed their consent to the undersigned United

States Magistrate Judge's authority over this lawsuit as provided in 28 U.S.C. §

636(c). Therefore, the Court's Findings and Recommendation entered June 18,

2018 is WITHDRAWN.

Further, based upon the parties' revised Class Action Settlement Agreement

(doc. 1542 at 10-23), the parties' Joint Motion for Final Approval of Revised Class

Action Settlement, and the hearing conducted on June 8, 2018, IT IS HEREBY

ORDERED AND ADJUDGED as follows:

1

1. The objections (doc. 1548) to the Class Action Settlement Agreement filed in this case are overruled;

2. Judgment is entered in accordance with the Class Action Settlement Agreement signed by the parties on February 23, 2018, and the settlement reflected therein is given final approval;

3. If necessary, the Court will appoint a Special Master pursuant to Fed. R. Civ. P. 53(a)(1)(B) to address unresolved fees and expense issues;

4. The Settlement Agreement satisfies the requirements of 18 U.S.C. § 3626(a)(1)(A) in that it is narrowly drawn, extends no further than necessary to correct the violation of the federal right, and is the least intrusive means necessary to correct the violation of the federal right of Plaintiffs; and

5. This Court retains jurisdiction over this matter for the sole purposes of:

    a. if necessary, reviewing the Special Master's order pursuant to Fed. R. Civ. P. 53(f); and

    b. if necessary, enforcing the decisions of the Joint Mediator, as provided in the Settlement Agreement.

DATED the 19th day of July, 2018.

Jeremiah C. Lynch
United States Magistrate Judge